UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case Number 13-20347
v.                                            Honorable Paul D. Borman

(1) SAJID HAKIM,
(2) SAKINA HAKIM,
(3) PAULA WILLIAMSON, M.D., and
(4) FARID AHMED,

        Defendants.
_____/

## ORDER DETERMINING EXCLUDABLE DELAY

On January 15, 2014, a hearing was held on Defendant Sakina Hakim's Motion to Adjourn Dates (Dkt. #53). The Court determined and placed the reasons on the record, all defendants placed their waivers on the record and the parties agreed that in the interests of justice under the Speedy Trial Act a delay is necessary and that the failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation. Therefore, the ends of justice served by the granting of such continuance will outweigh the best interests of the public and the defendants in a speedy trial 18 U.S.C. § 3161(h)(7)(A).

**IT IS ORDERED** that Defendant's Motion to Adjourn Dates (Dkt. #53) is GRANTED and the following dates are set in this case:

    Motion cutoff deadline is: **March 12, 2014.** Motion hearing date(s) will be set as needed.

    Plea cutoff deadline is: **June 12, 2014.**

    Final pretrial conference set for: **June 12, 2014 at 3:00 p.m.**

Jury trial set for: **July 8, 2014 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the time from March 4, 2014 until July 8, 2014 is excluded under the Speedy Trial Act, 18 U.S.C.§3161(h)(8)(B)(iv), to give defendants reasonable time to prepare for trial.

s/Paul D. Borman<br>
PAUL D. BORMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 21, 2014.

s/Deborah R. Tofil<br>
Deborah R. Tofil<br>
Case Manager (313) 234-5122