UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

D-4 FARID AHMED,

           Defendant.
_____/

CRIMINAL NO.   13-20347

HONORABLE: PAUL D. BORMAN

## AMENDMENT TO PRELIMINARY ORDER OF FORFEITURE

The Court has calculated the amount of the money judgment to be entered against Defendant Farid Ahmed as $409,350.41.   Accordingly, the Preliminary Order of Forfeiture entered by this Court as to Defendant Farid Ahmed on September 21, 2015 (*Dkt. No. 93*) is hereby amended to include this amount, $409,350.41, as the money judgment entered against Defendant Farid Ahmed in favor of the United States of America.

    IT IS SO ORDERED.

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: October 8, 2015

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 8, 2015.

                                              s/Deborah Tofil
                                              Deborah Tofil
                                              Case Manager (313)234-5122